George Sykulski, A Prof. Law Corp.
George Sykulski, CSB #041133
georgesykulski@roadrunner.com
Loraine Todd, CSB #128049
sykulski_todd@yahoo.com
Dana Sykulski, CSB #228210
dsykulski@yahoo.com
16027 Ventura Boulevard, Suite 503
Encino, CA  91436
Telephone:  (818) 783-8500
Facsimile:  (818)  783-2918

Attorneys for Use Plaintiff,
Ferguson Enterprises, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES for the use of FERGUSON ENTERPRISES, INC., <br><br>         Plaintiff, <br><br>    vs. <br><br>TOMMY ABBOTT & ASSOCIATES, INC., a Tennessee corporation; EDMUND SCARBOROUGH, an individual; <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV 11 04995 JAK(MANx) <br><br>Original Complaint Filed July 27, 2011 <br><br>Judge John A. Kronstadt <br><br>**ORDER RE DISMISSAL OF ACTION** |
|---|---|---|

    IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Section 41(a)(1) subject to the following conditions.

(1)    The Court hereby retains jurisdiction to enforce the settlement

1 agreement entered into by the parties to this action; and

2

3     (2) The Use-plaintiff may make an ex parte application for a judgment
4 if the defendant breaches the settlement agreement in this case.
5 Dated:  February 1, 2012

                                                                    _____
                                                                    Honorable John A. Kronstadt
                                                                    United States District Judge