George Sykulski, Esq. (SBN 041133)
Loraine Todd, Esq. (SBN 128049)
16027 Ventura Boulevard, Suite 503
Encino, CA 91436
Email: georgesykulski@roadrunner.com
Email: Sykulski_todd@yahoo.com
P: (818) 783-8500
F. (818) 783-2918

*Attorneys for Plaintiff, Ferguson Enterprises, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF FERGUSON ENTERPRISES, INC., a corporation<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY ABBOTT AND ASSOCIATES, INC., a Tennessee corporation, EDMUND SCARBOROUGH, an individual; and Does I through V, inclusive,<br><br>Defendants. | Case No. CV 11-04995 JAK (MANx)<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

A Stipulation for Judgment having been signed by the parties in this action and filed with this Court, the Court hereby orders:

Judgment is hereby entered in favor of the Use-Plaintiff, Ferguson Enterprises, Inc., and against the defendant, Edmund Scarborough, in the total amount of $28,075.55. This judgment includes principal in the amount of $13,318.23, interest through March 15, 2012 in the amount of $2,957.32, attorneys' fees in the amount of $11,300, and court costs in the amount of $500.00.

**JUDGMENT**

Beginning on March 16, 2012, interest shall accrue on the total amount of the judgment ($28,075.55) at the rate of $7.69 per day (based on the legal rate of ten percent per annum) until the full amount of the judgment is received by Ferguson Enterprises, Inc.

DATED: October 1, 2012

_____
Honorable John A. Kronstadt
United States District Judge